## AFFIDAVIT OF AMANDA JOHNSON

I, Amanda Johnson, after being duly sworn, declare under penalty of perjury, the following to be true to the best of my knowledge and belief:

1. I first met Benjamin Ritchie in school when I was in the sixth grade. At the time, he knew me by my maiden name, Amanda Kellermeier. Ben and I went to school together until he left school. We were boyfriend and girlfriend for several years.

2. I testified during a hearing in Ben's case years ago.

3. I was one of Ben's four witnesses asked to attend the execution. The other three witnesses were two attorneys, Steve Schutte and Mark Koselke, and Hannah Hall, one of Ben's mitigation specialists.

4. On the night of May 19, 2025, we met at a hotel where two Indiana Department of Corrections employees driving a white van picked us up and drove us to the Indiana State Prison. One employee was masked; the other one was not masked.

5. I kept my cellphone with me while we were driven to the prison. We left the hotel at 10:40 p.m. and arrived at the prison at 10:48 p.m. I know the exact times because I sent text messages to my fiancé to let him know what was happening. I texted him both before and after the execution.

6. When we arrived at the prison, I entered the front doors and went through the security screening. The screening was the same as it was for my visits with Ben. At that point, I placed my cellphone in one of the prison lockers. I did not have my phone from the time it was placed in the locker until Hannah gave it back to me after the execution.


Initials

Page 1 of 4

7. After we were processed, we were taken through two gates to a room on the right. When I visited Ben before, I did not visit in this area. It was new to me. I remember it was very cold in the room. There were no clocks. It seemed like we were waiting in that room for a couple of hours.

8. The two employees who drove us to the prison were in the room while we waited. When they told us it was time to go, we were taken back to the van we arrived in.

9. When we got into the van to be moved to the execution building, I saw a clock in the van. I looked at the clock and it read 12:35 a.m. Ben's execution was scheduled for after midnight on May 20, 2025.

10. When we arrived in the witness room, the viewing window blinds were closed. There were 5 chairs in the room. The viewing area was stepped, like a theater. I sat in the second row, and Mark was to my right. Steve was behind me, and Hannah was to his right.

11. The room was oddly angled. The window to the execution chamber was small.

12. About 30 seconds after sitting down, the blinds opened quickly. I believe it was less than a minute after we all sat down. I saw that it was a woman who opened the blinds and then sat in a chair in the execution chamber to Ben's left next to the window. There was a section of glass separating us from the execution chamber. I could see Ben on the gurney. The gurney was inclined. Benjamin's spiritual advisor was on Ben's right side in a chair seated next to him. Due to the way the viewing room was angled, when I was seated, I could not see Ben's legs unless I leaned toward Mark on my right. Then, I could see more. I believe Mark had a better view due to where he was seated. The


Initials

angle also prevented us from seeing Ben's right arm or hand well. I remember thinking it looked like they laid him out on a cross.

13. When the blinds opened, Ben was making small movements even though he was strapped to the table. His mouth was moving so I assumed he was talking with someone, but I could not hear anything. Ben looked in our direction. He smiled and made a sign with his left hand. I recognized the sign as a hand sign of "I love you." When Ben and I visited for the last time, we did not know what to expect and agreed to make the heart sign to each other. We assumed I would see him walk into the chamber and his hands would be free to make the sign. The sign he ended up making was with his pinkie raised. This was the "I". His index finger and thumb formed the "L" for love. The "U" was formed in the space between the index finger and pinkie which stood for you. I made my sign to Ben, the two-handed sign where your fingers form a heart to meaning "I love you."

14. Ben laid down and closed his eyes. I saw his left-hand clenching and unclenching. Then, Ben suddenly and strongly raised his torso up from the gurney and was held back by the restraints. Ben seemed to me to be trying to jerk out of the gurney. This was about 2 or 3 minutes after the blinds were opened. When he raised up, I hit Mark's arm and grabbed him. I thought Ben was lifted for 5-6 seconds. It was sudden and scared me because I did not expect for something like that to happen. I then said to Mark, "I don't think I can do this. I can't do this." Ben seemed, to me, to be trying to break out of something. He lifted like he was trying to sit up. I saw Ben twitch then he laid back down. It was not like he collapsed back into the gurney. I put my head down for a few seconds. When I pulled myself together and looked back at


Initials

Page 3 of 4

Ben, he seemed peaceful. An older man then walked into view, came to Ben's left side, and looked at him.

15. After what seemed like a minute, the lady who pulled the blinds up stood up and closed the blinds.

16. The other three witnesses and I remained in the witness room for only a few minutes following the execution. Then, we were taken back to the van. I looked at the clock in the van and saw that it was 12:51 a.m. We then went back to the main prison building because we had our belongings in the locker. Hannah ran into the building and gathered our stuff. She gave me my cellphone and I turned it back on and messaged my fiancé that we were headed back to the hotel. This was at 1:00 a.m.

_____
Amanda Johnson

### AFFIRMATION

I, Amanda Johnson, affirm, under the penalties for perjury, that the foregoing representations are true. This 9 day of July, 2025.

_____
Amanda Johnson

Initials

Page 4 of 4