## AFFIDAVIT OF STEVEN H. SCHUTTE

I, Steven H. Schutte, after being duly sworn, declare under penalty of perjury, the following to be true to the best of my knowledge and belief:

1. I am an attorney licensed to practice law in the State of Indiana. I have been licensed to practice law since June 15, 1990, and am in good standing.
2. I have been employed by the Indiana State Public Defender as a Deputy Public Defender since I was admitted to the bar.
3. I represented Benjamin Ritchie in successor post-conviction proceedings and clemency proceedings before his May 20, 2025, execution.
4. I was one of the four witnesses asked to attend the execution by Benjamin. The other three witnesses were my co-counsel, Mark Koselke, our mitigation specialist, Hannah Hall, and a friend of Benjamin's, Amanda Johnson.
5. We were brought to the Indiana State Prison on the night of May 19, 2025, in a van by two Indiana Department of Correction employees. One was masked and the other was not. The Warden informed me they would pick us up from our hotel at 10:30 p.m. However, I believe they arrived a few moments later. I never wore a watch. The only clock I saw was in the van.
6. When Benjamin's other witnesses and I arrived, we were taken to a room where we waited before being taken to the room next to the execution chamber. I believe we were taken from the room to the room next to the execution chamber at approximately 12:35 a.m., May 20, 2025. There was a clock in the van. There were two DOC employees in the room with us. They were the individuals who picked us up from the hotel
7. When I arrived in the room, I saw that there were 5 chairs in the room. The viewing area was stepped like a theater. I sat in one of the back two chairs. Hannah was to

Initials

Page 1 of 3

my right. Amanda was in a chair directly in front of me and Mark was to her right. The remaining chair was in front and empty. The way the chairs were arranged gave the people on the right the better view in the execution chamber.

8. When we arrived, there were closed blinds covering the glass window which was the viewing window. The blinds were opened shortly after we arrived and were seated. I would guess it was about a minute after our arrival.

9. When the blinds opened, I saw Benjamin. Benjamin appeared to look in our direction. He raised his head, looked at us, smiled and signaled to us with his hand. I could only see his left hand because Benjamin was facing the viewing window at an angle. The chairs were angled in a manner that shielded my view of his right side. Shortly after Benjamin signaled us, he put his head back and closed his eyes. I watched as he clenched and unclenched his left hand. I could not see his feet. Then, his hand stopped moving. Seconds after this, he violently lurched forward and up as if to sit up, but he was restrained. It appeared almost like a spasm that lasted between 3 to 5 seconds. He then appeared to twitch and laid back onto the gurney. During the movements, I could not see Benjamin's eyes so I could not tell if they were opened or closed. I was also unable to see what reactions, if any, of anyone present in the execution chamber with Benjamin.

10. Within a minute after Benjamin laid back down, the warden approached the gurney and looked at Benjamin. Following this, a uniformed individual escorted Benjamin's Spiritual Advisor from the chamber. Then, the Assistant Warden approached the window and closed the blinds.

11. The other three witnesses and I remained in the witness room for a few minutes following the execution. I spoke with the others and asked what they saw. They confirmed that they too witnessed the violent movement. Ultimately, we were escorted out of the room. I made a statement immediately following the execution

outside the grounds of the Indiana State Prison to the media that had gathered. I reported what I and the other witnesses saw during the execution.

_____
Steven H. Schutte

### AFFIRMATION

I, Steven H. Schutte, affirm, under the penalties for perjury, that the foregoing representations are true. This 1st day of June 2025.

_____
Steven H. Schutte

Initials

Page 3 of 3