## AFFIDAVIT OF MARK KOSELKE

I, Mark Koselke, after being duly sworn, declare under penalty of perjury, the following to be true to the best of my knowledge and belief:

1. I am an attorney licensed to practice law in the State of Indiana. I have been licensed to practice law since September 28, 2015, and am in good standing.

2. I have been employed by the Indiana State Public Defender as a Deputy Public Defender since 2017. MK ~~I was admitted to the bar~~.

3. I represented Ben Ritchie in successor post-conviction proceedings and clemency proceedings before his May 20, 2025, execution.

4. I was one of the four witnesses asked to attend the execution by Ben. The other three witnesses were my co-counsel, Steve Schutte, our mitigation specialist, Hannah Hall, and a friend of Ben's, Amanda Johnson.

5. We were brought to the Indiana State Prison on the night of May 19, 2025, in a van by two Indiana Department of Correction employees. I assumed I would neither be permitted to bring paper and pens nor wear a watch. So, when the van picked us up, I did not have any of the items with me. I believe we were picked up at around 10:30 p.m. on May 19, 2025.

6. When Ben's other witnesses and I arrived at the Indiana State Prison, we were taken to the main entrance of the prison where we were screened like we were normally processed for visits. We were then taken through two gates and to a room on the right which I believe is the visiting room for regular family and friend visits. We waited there with the two employees that drove us to the prison. There was no clock in the room. We were given bottled water. Hannah pointed out that the water was expired and had beads at the bottom of the bottles. At some point, the two employees told us it was time to go. We

*MK*
Initials

Page 1 of 3

were escorted back to the van we arrived in. We were taken to another building on the prison grounds.

7. When we arrived, we got out of the van and were taken to a room next to the execution chamber. The same two employees stayed in the room with us. I seem to remember that we were dropped off at 12:34-36. I was reminded that the Warden announced the time of death as 12:46 a.m. So, I believe we were dropped off between 12:34-36 a.m. because we were not there very long.

8. When I arrived in the room, the blinds covering the window to the execution chamber were closed. There were 5 chairs in the room. The viewing area was stepped, like a theater. I sat in the middle row of seats. Amanda was to my left. Hannah was in a chair behind me, and Steve was in the chair behind Amanda. The remaining chair was in front of me and empty.

9. After we arrived, the blinds were opened a short time later. There was a section of glass separating us from the execution chamber. I could see Ben's entire body on the gurney. The gurney had arm extenders, so Ben's arms were away from his body. The gurney was inclined. Ben's spiritual advisor was on Ben's right and seated next to him. Ben looked in our direction. He smiled and signaled to us with his left hand. I could not tell exactly what he was signaling. I could only see his left hand indicating to us. His feet were moving. It was like he was bopping along to a song. His feet were covered but the fabric was moving. Shortly after, he put his head back and closed his eyes. I watched as he clenched and unclenched his left hand. His hand remained partially closed, but you could see tiny movements. After a few moments, Ben seemed to shoot up. It seemed like he was doing a crunch because his head and shoulders lifted sharply from the gurney. It was so startling Amanda grabbed my arm. Ben lifted for about 3 to 5 seconds. I


Initials

Page 2 of 3

focused on Ben's chest at this point and counted 6 to 7 breaths. Each one became shallower and then he stopped breathing.

10. The movement when Ben lifted did not seem to me to be involuntary. It looked like panic. He was really pushing hard against the restraints.

11. After Ben stopped breathing, the Warden approached the gurney and looked at him. I do not know what he was doing because I did not see him touch Ben but seemed to look at his face.

12. Following this, Ben's Spiritual Advisor was escorted from the chamber. He looked horrified. He walked like he felt every step. The Assistant Warden approached the window and closed the blinds.

13. The other three witnesses and I remained in the witness room for a few minutes following the execution. I was not wearing a watch and did not see any clocks other than in the van they used to drive us around.

_____
Mark Koselke

### AFFIRMATION

I, Mark Koselke, affirm, under the penalties for perjury, that the foregoing representations are true. This 2 day of July, 2025.

_____
Mark Koselke

Initials

Page 3 of 3