## AFFIDAVIT OF HANNAH HALL

I, Hannah Hall, after being duly sworn, declare under penalty of perjury, the following to be true to the best of my knowledge and belief:

1. I am a mitigation specialist at the Indiana State Public Defender. I began employment with the State Public Defender in January of 2019. I have a Master's Degree in Criminal Justice and Public Safety from Indiana University.

2. I was a member of the team that represented Ben Ritchie in successor post-conviction proceedings and clemency proceedings before his May 20, 2025, execution.

3. I was one of the four witnesses asked to attend the execution by Ben. The other three witnesses were the two attorneys from the team, Steve Schutte and Mark Koselke and a friend of Ben's, Amanda Johnson.

4. We were brought to the Indiana State Prison on the night of May 19, 2025, in a van by two Indiana Department of Correction employees. I did not think I would be allowed to bring paper and pens or wear a watch into the prison. So, when the van picked us up, I left those things at the hotel. I remember I had to have my identification. I had that and when they picked us up, I had to show it to the two men in the van. I believe we were picked up at around 10:15 or 10:30 p.m. on May 19, 2025.

5. When Ben's other witnesses and I arrived at the Indiana State Prison, we were taken to the main entrance of the prison where we were processed like we were normally processed for visits. We were then taken through two gates and to a room on the right which I believe is the visiting room for regular family and friend visits. The two employees who drove us to the prison were


Initials

Page 1 of 4

in the room with us. We waited there for a very long time. There was no clock in the room. I do not know how long we waited. We were given bottled water. I looked at the bottle and realized they had given us water that was expired. I pointed this out to Mark.

6. At some point, the two employees took us back to the van we arrived in. We got in and they drove the van north. We were taken through another series of gates. The first gate was manned. Then, I saw a large building. There were 2 more gates that were manually opened. We were then taken to a room next to the execution chamber. The same two DOC employees were in the room with us. I am unsure when we were dropped off and taken to the viewing room.

7. When I arrived in the room, the blinds covering the window to the execution chamber were closed. There were 5 chairs in the room. The viewing area was stepped, like a theater. I sat in the back row with Steve to my left. Mark was in the chair in front of me and Amanda was to his left. The remaining chair was in front and empty.

8. After we arrived and were seated, the blinds to the execution chamber opened pretty quickly. There was a section of glass separating us from the execution chamber. I could see Ben's entire body on the gurney. The gurney was inclined. Ben's spiritual advisor was on Ben's right and in a chair seated next to him. It seemed like the IV lines were in the wall behind Ben's head. The room was oddly angled. The angle meant that I could see his entire body but was angled so I saw his left side better than his right.

9. When the blinds opened, I could see Ben moving. It looked like he was pedaling his feet under the blanket. I could see the fabric moving. Ben looked in our direction. He smiled and waved with his left hand. He seemed to be


Initials

talking or singing. However, I could not hear him. His mouth was moving though. It was odd because there were no announcements, and we heard nothing from the execution chamber. Ben seemed to settle down a little. He was not moving as much when the blinds were opened. I do not recall him ever being completely still. Then, his upper body jerked up. He was restrained but his head and shoulders came up. It was so violent and so unexpected Amanda punched Mark's arm. Ben lifted for about 2 to 3 seconds and then laid back down. I saw Ben's Spiritual Advisor, ▮▮▮▮▮, startled and pushed back into the chair he was in. I could not tell if the chair had wheels or whether he scooted it back.

10. After Ben laid back down, the warden shuffled forward past Ben's feet and came around to Ben's left side and seemed to look at Ben. I do not know what he was doing because I did not see him touch Ben but seemed to look at his face. Then, the assistant warden tried to put the blinds down. It took her a couple tries but they were closed.

11. The other three witnesses and I remained in the witness room following the execution. We were only there for a minute or so. I could hear movement in the room next to us. We were then taken back to the van. I looked at the clock in the van and saw that it was 12:51 a.m.

_____
Hannah Hall

## AFFIRMATION

I, Hannah Hall, affirm, under the penalties for perjury, that the foregoing representations are true. This 2 day of July, 2025.

_____
Hannah Hall