## AFFIDAVIT OF KATHLEEN CLEARY

I, Kathleen Cleary, after being duly sworn, declare under penalty of perjury, the following to be true to the best of my knowledge and belief:

1. I am an attorney licensed to practice law in the State of Indiana. I have been licensed to practice law since October 14, 1988, and am in good standing.

2. I was employed by the Indiana State Public Defender as a Deputy Public Defender from August 1, 1988, until I retired from that position on April 5, 2019.

3. I am currently employed as a mitigation specialist in the Capital Habeas Unit at the Federal Defender's Office for the Western District of Missouri. I have been so employed since April 29, 2019.

4. I interviewed ▌ on June 5, 2025. Mr. ▌ was Benjamin Ritchie's spiritual advisor and was present in the chamber when Mr. Ritchie was executed on May 20, 2025.

5. Mr. ▌ informed me that while he was in the chamber, he was unable to see or hear any of the witnesses behind the glass windows in the execution chamber. However, he did not look in the direction of the windows in the execution chamber because he did not want to see or recognize anyone and does not know if he could see through the glass.

6. During the execution, Mr. ▌ was unsure of the time because he did not have a watch and there was not a clock in the chamber. He recalled that after the execution began, Mr. Ritchie lifted several inches off the gurney and against the restraints. This startled Mr. ▌, causing him to move back in his chair as Mr. Ritchie lifted against the restraints. Mr. ▌ informed me Mr. Ritchie's action was sudden and lasted about 2 seconds. After Mr. Ritchie laid back down, Mr. ▌ believes it was about 5 seconds later when Mr. Ritchie was "gone.".


Initials

Page 1 of 2

7. I spoke with Mr. ███ in person on June 5, 2025, and by telephone on June 10, 2025, about potentially signing an affidavit regarding his observations of Mr. Ritchie lifting from the gurney. Mr. ███ was concerned because the warden had him sign a document promising not to identify anyone. He was also concerned that by signing an affidavit, he may no longer be permitted to enter the Indiana Department of Correction facilities as part of his ministry.

8. On July 11, 2025, I met with Mr. ███ again to ask whether he had changed his mind about an affidavit. He had not. I also explained I would be doing one about our conversation. Mr. ███ reviewed my affidavit and made few corrections to the affidavit. He asked that I remove the section on his fear of retaliation by the Department of Correction. However, he agreed that it was true. This affidavit represents the information he shared and the changes he asked to be made other than removing the threat of retaliation by the Indiana Department of Correction.

_____
Kathleen Cleary

### AFFIRMATION

I, Kathleen Cleary, affirm, under the penalties for perjury, that the foregoing representations are true. This 30 day of July, 2025.

_____
Kathleen Cleary

KC
Initials

Page 2 of 2