## Expert Affidavit of Dr. Michaela Almgren

**Introduction:**

1. My name is Michaela Almgren, Pharm.D., M.S.  I am over the age of eighteen and competent to testify to the truth of the matters contained herein. After being duly sworn, I declare under the penalty of perjury the following to be true to the best of my knowledge and belief.

2. I earned my Doctor of Pharmacy degree from the University of South Carolina College of Pharmacy in 2010.  I also earned a Master's degree in Pharmaceutical Chemistry from the University of Florida.  Based on my education, I am referred to as a Doctor of Pharmacy. A copy of my CV is attached.

3. I am a Clinical Associate Professor in the Department of Clinical Pharmacy and Outcomes Sciences at the College of Pharmacy at the University of South Carolina.  I teach courses on the topics of pharmacy law and regulations, including principles of sterile compounding per U.S. Pharmacopeia ("USP") Chapters 797 and 800, aseptic technique, pharmacy standards applicable in 503B compounding environments, pharmacokinetics and biopharmaceutics. I specialize in sterile compounding, medication safety and pharmacy regulations that relate to pharmacy compounding practices per USP 797 and cGMP.  I also provide continuing education courses for pharmacists covering those and other topics.

4. I also currently maintain a pharmacy practice site at a 503B outsourcing pharmacy where I am an outsourcing pharmacist, clinical advisor and pharmacy student preceptor.  I previously worked in pharmacy operations in a large local teaching hospital as a pharmacist.  I have over fifteen years of experience in sterile compounding and aseptic

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

technique. Prior to joining the faculty at the University of South Carolina, I worked in pharmaceutical manufacturing where I was involved in drug formulation, quality assurance, quality control and analytical method development.

5. Roy Ward's legal team asked me to render professional opinions about whether Indiana's lethal injection protocol presents risks of harm and unnecessary suffering caused by its use of injectable pentobarbital to carry out executions.

**Definitions and Terms of Art:**

6. **Pharmaceutical Manufacturing.** Pharmaceutical manufacturing refers to the industrial scale process of producing therapeutic agents. Pharmaceutical manufacturing is regulated by the FDA and only FDA-approved medications are manufactured in the United States. Pharmaceutical manufacturers adhere to strict current Good Manufacturing Practices ("cGMP") to ensure product safety and efficacy.

7. **Pharmaceutical Compounding.** Compounding is a practice in which a licensed pharmacist, a licensed physician or an outsourcing facility combines, mixes or alters ingredients of a drug to create a medication tailored to the needs of an individual patient or, in the case of an outsourcing facility, to produce large batches of drugs for medical office use or to address a drug shortage. Compounded drugs are not FDA approved, which means the agency does not verify their safety, effectiveness or quality before they are marketed. (See distinction between 503A and 503B compounding pharmacies below).

8. **Parenteral Drug Compounding:** Parental drug compounding is the process of preparing sterile medications for intravenous or other non-oral administration routes. This process is governed by strict quality and sterility requirements (e.g., USP 797, cGMP) because

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

parenteral products bypass natural protective barriers, making contamination risks particularly dangerous.

9. **USP Chapter 797 (or USP 797)**. It is a federally recognized standard that establishes the requirements for compounding sterile preparations to protect patients from harm caused by microbial contamination, excessive bacterial endotoxins, variability in intended strength, and the use of inappropriate ingredients. It regulates how pharmacies, hospitals, and other facilities prepare sterile drugs, covering areas such as personnel training, environmental controls, aseptic technique, documentation, and assignment of beyond-use dates (BUDs). Importantly, USP 797 serves as the key guideline for 503A traditional pharmacy compounding, where current Good Manufacturing Practice (cGMP) requirements do not apply, ensuring a consistent quality framework in these settings. The overarching goal of USP 797 is to ensure that compounded sterile products (CSPs) are prepared under conditions that maintain sterility and quality, thereby reducing the risk of infections, medication errors, and compromised patient safety.

10. **Current Good Manufacturing Practices ("cGMPs")**. Current Good Manufacturing Practices are a set of FDA regulations to ensure the quality, safety and efficacy of the products from various industries including the pharmaceutical industry. The regulations aim to prevent harm to consumers by ensuring products are consistently manufactured to meet standards for identity, strength, purity and quality. For sterile manufacturing, cGMP requires highly controlled cleanroom environments, validated aseptic processes, sterilization of equipment and components, strict personnel training and gowning, and comprehensive quality systems with testing for sterility, endotoxins, and particulates before product release. These legally binding requirements are designed to prevent

Affidavit of Dr. Michaela Almgren

_MA_____ Initials

**Exhibit Q**

contamination and ensure patient safety, distinguishing sterile drug manufacturing from pharmacy compounding under USP 797, where cGMP does not apply. U.S. cGMP regulations for drug manufacturing are found in 21 CFR Parts 210 and 211.

11. **Active Pharmaceutical Ingredients ("APIs").** An API is the component of a drug that produces its intended therapeutic effect. Thus, in compounded pentobarbital solution, pentobarbital sodium powder is the API.

12. **USP Compendium.** An authoritative collection of public standards published by the United States Pharmacopeia (USP) for the identity, strength, quality, purity, packaging, labeling, and storage of drugs, excipients, and compounded preparations. It includes monographs for drug substances, drug products, excipients, and compounded preparations. The compendium also provides general chapters describing procedures, tests, and quality standards (e.g., chapter 797 for sterile compounding, chapter 800 for handling of hazardous drugs). Compliance with USP standards is legally enforceable under the Federal Food, Drug, and Cosmetic Act by FDA.

13. **503A Compounding Facilities**: Section 503A of the Federal Food, Drug, and Cosmetic Act (FDCA) outlines the conditions under which drug compounding by a licensed pharmacist is exempt from certain FDA requirements. A 503A compounding pharmacy may compound a drug only after receiving, or reasonably anticipating, a valid prescription for an individual patient. These pharmacies are generally overseen by state Boards of Pharmacy and/or Departments of Health rather than the FDA, and they are typically exempt from routine FDA inspections. 503A compounding facilities are also exempt from compliance with Current Good Manufacturing Practices (cGMPs); instead, they must follow USP 795 for nonsterile compounding and USP 797 for sterile

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

**Reply in Support of Successive Petition**
**for Post-Conviction Relief, Roy Lee Ward**
USDC IN/ND case 3:25-cv-00798-CCB-CCB   document 1-6   filed 09/18/25   page 5 of 45

compounding. Additionally, 503A pharmacies are generally prohibited from producing "essentially a copy of an approved drug," which the FDCA defines as a drug that is identical or nearly identical to an FDA-approved or marketed drug, or a drug whose active component is such an approved or marketed drug.

14. **503B Compounding Outsourcing Facilities**: A 503B compounding pharmacy is a facility that manufactures and distributes sterile compounded medications directly to healthcare providers, either in response to clinical demand or for drugs listed on the official FDA Drug Shortage List. These pharmacies specialize in producing large batches of compounded medications rather than individual patient prescriptions, very similar to pharmaceutical manufacturing. Unlike 503A compounding pharmacies, 503B facilities must comply with current Good Manufacturing Practices (cGMPs), which are rigorous standards for quality control and safety. They are also subject to regular FDA inspections based on a risk-based schedule, as well as specific adverse event reporting requirements and other conditions designed to mitigate the risks associated with the drug products they compound.

15. **Pharmacokinetics**. Pharmacokinetics is a branch of pharmacology that studies what the body does to drugs after administration, including how drugs are absorbed, distributed, metabolized, and excreted.

16. **Pharmacodynamics**. Pharmacodynamics is the study of what a drug does to the body, including the specific way a drug interacts with the body's systems to produce clinical effects. Clinical effects include intended therapeutic effects and unwanted side effects.

17. **USP**. USP stands for United States Pharmacopeia. It is an independent scientific nonprofit organization that sets legally recognized standards for the identity, strength,

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

quality, and purity of medicines, food ingredients, and dietary supplements in the United States.

18. **Certificate of Analysis (CoA).** A Certificate of Analysis is an official document that verifies a drug's quality and conformity to specified standards. A typical CoA includes the drug name and identification, test results concerning the drugs physical, chemical and microbiological characteristics, specifications concerning the composition, purity and quality of the drug, the testing methods employed to reach these conclusions, an interpretation of the results and a certification that the drug meets accepted standards. CoAs are important because they certify regulatory compliance and quality assurance. They are also important to ensure traceability because CoAs include batch numbers and manufacturing dates.

19. **Beyond Use Date ("BUD").** A beyond-use date (BUD) is the date after which a compounded drug preparation should not be used, stored, or transported. A BUD is assigned to compounded medications to indicate when the drug may no longer be safe or effective due to factors such as chemical or physical degradation or microbial contamination.

20. **pH.** pH is a scale that measures how acidic or basic a substance is, ranging on a scale from 0 to 14. A pH of 7 is neutral, like water. Values below 7 indicate acidity and values above 7 indicate alkalinity or basicity.

21. **Chemical Precipitate (or precipitate):** A chemical precipitate is a solid substance that forms and separates from a solution during a chemical reaction or when the solution becomes saturated and the solubility limit of the dissolved substance is exceeded. This

Affidavit of Dr. Michaela Almgren

MA _____ Initials

**Exhibit Q**

**Reply in Support of Successive Petition**
**for Post-Conviction Relief, Roy Lee Ward**
USDC IN/ND case 3:25-cv-00798-CCB-e document 1-6 filed 09/18/25 page 7 of 45

can occur for a variety of reasons, such as changes in temperature, exposure to UV light, or changes in pH.

22. **Chemical Suspension (or suspension).** A chemical suspension is a solid substance that is dispersed in a solution rather than dissolved. The solid particles are finely divided but stay suspended throughout the liquid. The suspension may be a result of formation of a precipitation.

23. **Potency.** Drug potency is a measure of how much of a drug is needed to produce a specific effect. It can also be defined as drug's strength or concentration.

24. **Sterility.** Drug sterility refers to the absence of viable microorganisms in a pharmaceutical product. Sterility is crucial for ensuring the safety and efficacy of medications, particularly those administered by injection. Sterility testing is a critical quality control process used to verify the absence of contamination.

25. **Assay.** A drug assay is a laboratory test used to measure the amount, purity, or concentration of a drug to ensure it meets the required strength and quality standards. It is a critical part of quality control to confirm that a medication is safe, effective, and consistent.

26. **Stability.** Drug stability refers to the extent to which a drug maintains its chemical, physical, microbiological, and therapeutic properties over time under specific storage and usage conditions. It is a measure of whether a drug remains safe, effective and of good quality throughout its shelf life. It is tested utilizing stability-indicating assays.

27. **Stability-indicating assays.** Stability-indicating assays are validated analytical methods used to assess the stability of drug substances and drug products by specifically detecting and quantifying the drug and any degradation products formed over time. These methods

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

are crucial for ensuring the safety and efficacy of pharmaceuticals by identifying potential issues with drug stability. They are also used to establish BUDs and expiry of drugs.

28. **Oxidation.** Drug oxidation refers to the degradation of a drug or API due to oxidation chemical reactions. Degradation causes the formation of unintended products or impurities, typically resulting in the loss of potency.

29. **American Society of Health-System Pharmacist (ASHP) Handbook for Injectable Drugs**. The ASHP Handbook for Injectable Drugs is the reference resource for injectable drug information and includes over 400 monographs on injectable drugs with tables for compatibility of drugs in solution and syringes.

30. **USP Drug Monograph for Quality Testing**. The USP Monograph outlines specific quality standards and testing procedures for drug substances. It includes specific analytical methods, such as tests for identity, assay, impurities, dissolution, and other relevant parameters, with the goal of ensuring consistent and reliable results.

31. **Red Book**. The "Red Book" refers to the Micromedex RED BOOK database, a resource that provides comprehensive drug product and pricing information, including manufacturer details.

32. **Orange Book**. The "Orange Book" is an FDA publication officially titled "Approved Drug Products with Therapeutic Equivalence Evaluations," and is a list of drugs approved by the FDA as safe and effective. For generic drug manufacturers, the Orange Book is used to identify generic drug equivalents of brand-name drugs and patent information which dictates when a generic drug can enter the market.

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

**The Indiana Department of Correction is likely using compounded injectable pentobarbital to carry out executions.**

33. I have reviewed post-mortem toxicology reports from the two people most recently executed by the State of Indiana. Both men's toxicology reports indicated the presence of pentobarbital in their blood. Since no other protocol drug was found, the Indiana Department of Correction appears to be following a one-drug lethal injection protocol using a lethal dose of pentobarbital in an injectable form.

34. Manufactured pentobarbital sodium, marketed under the trade name Nembutal, is available as an API in powder form or as a sterile solution for intravenous injection, containing 50 mg of pentobarbital sodium per mL.

35. Manufactured pentobarbital in sterile solution has a typical shelf life of two to three years before it expires.

36. Compounded injectable pentobarbital has typically significantly shorter shelf life because typically compounded drugs do not have long term stability data. While commercially manufactured products are produced in highly controlled environments under cGMP requirements, compounding pharmacies, even when following USP 797 generally operate in less stringent conditions than large-scale manufacturing facilities, increasing the risk of contamination over time. Furthermore, compounding processes often involve more open handling, which increases exposure to light, heat, air, or moisture—factors that accelerate degradation. According to USP 797, the beyond-use date (BUD) for sterile compounded preparations varies by facility type and environmental controls, ranging from as short as 12 hours in less controlled settings to several days or months in facilities with more stringent environmental standards.

Affidavit of Dr. Michaela Almgren

_____ Initials

**Exhibit Q**

Compounded drugs have shorter BUDs because they lack the rigorous stability testing, sterile manufacturing controls, and validated expiration dating of commercially manufactured drugs. USP assigns conservative default limits to protect patients from loss of potency or contamination.

37. Recently, Indiana Governor Mike Braun told members of the media[1] that two doses of its lethal injection drug expired before they could be used which necessitated the purchase of additional doses. Given Indiana just resumed executions in December of 2024 after a long break from executions, it is most likely Indiana is purchasing compounded injectable pentobarbital to carry out executions because manufactured doses would not most likely have expired before they could have been used.

38. It is more likely for the Indiana Department of Correction to obtain compounded pentobarbital from a 503A pharmacy than from a 503B outsourcing facility because 503A pharmacies are far more common, operate on a smaller scale, and are not required to meet the extensive and costly cGMP standards that 503B facilities must follow. Additionally, 503B facilities typically focus on large-batch production of drugs in shortage or high clinical demand, and pentobarbital is neither on the FDA Drug Shortage List nor in clinical demand for compounding, making it less practical and less likely for 503B facilities to compound pentobarbital injection.

**If the Indiana Department of Correction is purchasing injectable pentobarbital from a 503A compounding pharmacy, it is obtaining the drug from a source not verified by the FDA. Since the identity of the compounding pharmacy is not disclosed due to the Indiana's "Shield Law" (Indiana Code § 35-38-6-1 (2024)) it is also unclear whether the**

---

[1] https://indianacapitalchronicle.com/2025/06/24/braun-clarifies-indiana-acquisition-of-execution-drugs-reveals-more-than-1m-spent/

Affidavit of Dr. Michaela Almgren

 _____ Initials

**Exhibit Q**

**pharmacy is in good standing with the Indiana Board of Pharmacy or meeting requirements for patient safety and drug quality.**

39. 503A compounding pharmacies are exempt from routine FDA oversight because they compound patient-specific prescriptions under state regulation, do not engage in large-scale manufacturing, and are required to follow USP standards rather than full cGMPs. They are considered traditional pharmacies serving specific patient needs, rather than large-scale drug manufacturers. The FDA generally defers to state authorities for these patient-specific compounding activities.

40. Because the pharmacy source of the compounded drug is not disclosed, it is unclear whether the compounding pharmacy is operating in compliance with applicable compounding guidelines, including the regulations set forth by the state of Indiana. This raises concerns that the facility may not meet the rigorous requirements for sterile compounding set forth in USP 797, including proper environmental controls, personnel training, equipment maintenance, sterility testing, and quality assurance procedures. Many of the standards outlined in USP 797 cannot be independently verified without knowing the identity of the pharmacy, leaving uncertainty about whether the compounded product was prepared under conditions that ensure patient safety and drug quality, and compliance with state regulations.

**Due to relatively limited oversight, many Indiana pharmacies have been found to operate under unsanitary conditions—even among those inspected by the FDA. Inadequate regulatory enforcement and resource constraints allow such unsafe practices to continue.**

41. Pharmacy is one of the most highly regulated areas in healthcare, and for good reasons: ensuring medication safety and quality is critical. State Boards of Pharmacy conduct regular audits of pharmacies to verify compliance with laws and regulations. When issues

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

are identified, the Boards may issue citations requiring pharmacists to make corrections.

However, in some cases, violations are severe enough that more significant enforcement

actions are necessary, and the facility may receive an Administrative Complaint from the

Board of Pharmacy. The following are just a few examples drawn from the Indiana Board

of Pharmacy[2] records to illustrate some of the concerns regarding compliance with

pharmacy regulations:

- **Hook-Super RX, April 2024** – Improperly labeled drugs, expired medications on the shelves for dispensing, some over one year past the expiration;

- **Walgreens #07788, March 2023** – Unsanitary conditions: dark staining liquid running down the wall from the ceiling inside the pharmacy; plastic bucket collecting dark liquid dripping in the medication processing area;

- **Walgreens #07926, January 2022** – Dirt and debris in the pharmacy, medications scattered on the floor of the pharmacy, expired medications on shelves for dispensing, including compounded medications and products used for compounding, lack of documentation, unlabeled bottles of liquid on the shelf, drug in the compounding area that expired in 1/2014, scales used in compounding that were not certified since 2019;

- **Paul's Pharmacy, March 2023** – Multiple violations including compounded medications assigned incorrect beyond-use dates (some up to 1 year, outside USP standards), mislabeled medications, food items stored with medications, equipment used in pharmacy practice not maintained or cleaned, adulterated drugs due to expiration or improper handling, and pharmacist not up to date on current compounding guidelines;

- **Edge Pharma (503B outsourcing facility), February 2023** – This pharmacy, subject to FDA oversight as well as the Indiana Board of Pharmacy, received FDA Warning Letters (formal notices issued when significant regulatory violations are identified that could affect drug safety or quality) due to numerous serious violations, including deficiencies in aseptic processing areas, cleaning and disinfecting procedures, written procedures to prevent microbiological contamination, batch review practices, stability testing programs, employee training, validation of supplier testing, laboratory facilities and controls, computer system controls, master production record procedures, and labeling controls.

---

[2] https://www.in.gov/apps/pla/litigation/searchresults.aspx?mode=adv

Affidavit of Dr. Michaela Almgren

MA _____ Initials

**Exhibit Q**

Reply in Support of Successive Petition
for Post-Conviction Relief, Roy Lee Ward
USDC N/ND case 3:25-cv-00798-CCB-Lee document 1-6    filed 09/18/25    page 13 of 45

42. This list is not comprehensive but is intended to illustrate systemic problems and how pharmacies can violate regulations, potentially resulting in medications that do not meet safety and quality standards. Unfortunately, State Boards of Pharmacy cannot provide continuous, tight oversight of every pharmacy.

43. Drugs that are expired or contaminated should never be used, as they may be unsafe and ineffective. Expired medications can lose potency over time, resulting in reduced therapeutic effect and possible treatment failure. Contaminated drugs pose an even greater risk, as they may contain microorganisms or toxins that can cause further quality degradation. For these reasons, expired or contaminated drugs cannot be considered reliable or appropriate for patient use.

44. The examples above highlight that even pharmacies operating under regulatory oversight can experience problems and, in some cases, violate established rules. This underscores the importance of carefully reviewing the source of compounded medications to ensure that the drugs are prepared under safe, controlled conditions and meet required quality standards.

**There is also the possibility that the Indiana Department of Correction may obtain lethal injection drugs from completely unqualified and unregulated sources.**

45. It is deeply concerning that the Indiana Shield Law (Ind. Code § 35-38-6-1) excludes the compounding of lethal injections from being recognized as the practice of pharmacy and places it outside the oversight of state regulatory bodies.

46. Specifically, the law states that "the issuance or compounding of a lethal substance does not constitute the practice of pharmacy and is not subject to the jurisdiction of the Indiana Board of Pharmacy, the Medical Licensing Board of Indiana, the Indiana Department of

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

Health, or the Indiana Professional Licensing Agency." This indicates that the medications used for lethal injection are prepared without oversight, and their quality cannot be verified. As a result, an incorrect API could be used, or a drug could be improperly prepared, potentially causing unnecessary pain and suffering.

47. There is also a concern that the medication used in Indiana's lethal injection procedure may be prepared by an individual who is neither qualified nor appropriately trained, and who may not even be a licensed pharmacist. If an unqualified person compounds drugs, the risk of medication errors and contamination is significantly higher. They may lack the technical knowledge to ensure correct drug, dosage, sterile technique, and proper handling, leading to variations in potency, degradation, or microbial contamination. Such mistakes can result in ineffective or harmful medications.

48. Furthermore, the drugs may be compounded in a facility not intended for the preparation of human drug products. Compounding drugs in an unregulated space can severely compromise their quality and safety. Such environments lack proper sterile conditions, controlled temperature and humidity, and validated equipment, all of which are essential to maintain drug stability and potency. Contamination with bacteria, fungi, or particulate matter is highly likely, and the resulting medication may be degraded, or ineffective.

49. Since there is no regulatory oversight or enforced quality control, the potency and quality of these drugs are inherently uncertain. No Certificate of Analysis is available to verify the quality of the drug prior to use. Without standardized testing, verification, or monitoring, there is no assurance that the drug contains the correct active ingredient at the intended strength or that it is free from degradation and contamination. This lack of

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

oversight creates significant risks, as recipients may be exposed to ineffective or harmful

substances, causing unnecessary pain and suffering.

**Compounding injectable pentobarbital is a complex process with risks of variations in potency, degradation and contamination. Proper training, education, and access to specialized equipment are essential to safely perform this task and ensure the drug's accuracy, sterility, and stability.**

50. There is more than one "recipe" to produce compounded injectable pentobarbital, but all

recipes require addition of several chemicals to maintain the delicate balance needed for

the pentobarbital sodium powder to remain in solution at the correct pH and without

suspension particles. Deviations from the appropriate compounding procedure can

significantly impact the efficacy and safety of the pentobarbital injection. Compounded

products are typically formulated to mimic the commercially produced drug.

51. According to the ASHP's Handbook of Injectable drugs[3], a manufactured injection of

pentobarbital 50 mg/mL (trade name Nembutal, AHFS classification 28:24.04) is

prepared as a mixture containing pentobarbital sodium powder, propylene glycol 40%

v/v, and alcohol 10%. Additional ingredients such as sodium hydroxide and hydrochloric

acid may be used to stabilize the solution and to produce the final pH of 9.5.

52. Compounded injectable pentobarbital is made by adding water to pentobarbital sodium

powder along with sodium hydroxide pellets to bring the pH to 12. Hydrochloric acid is

then added to the solution to bring the pH back down to around 9.8, a point at which the

powder pentobarbital sodium just barely stays in solution. Then propylene glycol is

added (40% v/v) as is alcohol. Then, the solution is filtered using a .22 micron filter to

---

[3] American Society of Health-System Pharmacists. Pentobarbital Sodium. In: ASHP® Injectable Drug Information™. 10th ed. Bethesda, MD: American Society of Health-System Pharmacists; 2021:chap 308. Available from: https://publications.ashp.org/abstract/book/9781585286850/ch308.xml

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

Reply in Support of Successive Petition
for Post-Conviction Relief - Roy Lee Ward
USDC IN/ND case 3:25-cv-00798-CCB-LeeWard   document 1-6   filed 09/18/25   page 16 of 45

assure sterility. To assure filter integrity a quality assurance report should be issued documenting that the filter has undergone and passed pressure testing. Any changes in pH can cause precipitation out of the solution, formation of a suspension and a change in the potency of the drug solution.

53. Injectable pentobarbital may also be compounded by dissolving pentobarbital sodium powder in alcohol first and then adding just enough polypropylene glycol and water to achieve the correct pH to keep the pentobarbital in solution without a precipitation forming.

54. It is important that all ingredients used for compounding are of pharmaceutical grade with expiration dates past the BUD of the compounded product. The API in compounded injectable pentobarbital is USP grade pentobarbital sodium powder.

55. If the final compounded product pH is incorrect, the solution could cause severe pain and suffering upon injection because the body's tissues are sensitive to acidity and alkalinity. Deviations in pH trigger pain signals, burning and stinging sensations, even tissue injury in severe cases. In addition, an improper pH can lead to the formation of a suspension, making the drug unsafe for administration.

56. If a precipitate or suspension forms, the pentobarbital cannot be safely injected because it would cause extreme pain and suffering to the prisoner. Injection of a solution containing particles may lead to directly causing severe tissue injury and occlusion of the affected vasculature can result in thromboembolism which can be extremely painful.

57. Additionally, if the drug has precipitated out of solution, the potency of the injection will be lower leading to a slow and excruciatingly painful death. Subpotent pentobarbital containing particulate matter can produce unpredictable pharmacokinetic and

Affidavit of Dr. Michaela Almgren

_____ Initials

**Exhibit Q**

pharmacodynamic effects causing a prolonged death where the prisoner experiences suffocation, drowning or other severe respiratory distress.

58. As illustrated above, compounding sterile injection of pentobarbital should only be performed by a well-trained pharmacy professional because the process requires extensive knowledge, skill, and experience to ensure product efficacy. A trained professional understands the underlying chemistry of the procedures, the role of each ingredient, and the importance of accurate measurements and proper handling to achieve the intended therapeutic effect. They know how to select and operate the appropriate equipment, follow validated aseptic techniques, and oversee the sterilization process, including identifying potential issues that could compromise quality. Additionally, they are trained to implement quality assurance procedures, such as pH and filter integrity testing, and to determine which tests are necessary to verify the quality and potency of the finished product. This combination of scientific understanding, technical skill, and procedural knowledge ensures that compounded medications meet strict quality standards. A layperson without this specialized training would not be able to perform sterile compounding safely and could easily compromise the quality and safety of the medication.

**The USP 797 places a strong emphasis on the compounding environment as a critical factor in determining beyond-use dates (BUDs) for sterile preparations.**

59. USP 797 highlights that the environmental control of the compounding area—including air quality, surface sanitization, and personnel practices—directly influence the sterility and stability of compounded drugs. Consequently, BUDs must be assigned based not only on the drug's chemical characteristics but also on the risk level associated with the

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

compounding, with stricter controls enabling longer BUDs and higher-risk or less controlled environments requiring shorter BUDs to ensure patient safety.

60. According to USP 797 sterile compounds are divided into three categories, and the assigned beyond-use dates (BUDs) depend heavily on the environmental controls in which the preparation occurs, as well as additional quality testing.

61. Category 1 preparations, compounded in less controlled environments such as a segregated compounding area, have the shortest BUDs—no more than 12 hours at room temperature or 24 hours if refrigerated—due to the higher risk of contamination. A segregated compounding area is a designated, unclassified space outside of a cleanroom suite where a primary engineering control (such as a laminar airflow workbench or isolator) is placed for sterile compounding, but which allows only short beyond-use dates due to limited environmental controls.

62. Category 2 preparations are made in more controlled cleanroom environments and may be assigned longer BUDs if sterility testing and stability data are available. A more controlled cleanroom environment for Category 2 compounding refers to a cleanroom suite that includes an ISO Class 5 primary engineering control, such as a laminar airflow workbench or biological safety cabinet, located within an ISO Class 7 buffer room and supported by an ISO Class 8 or better ante-room, providing stricter air quality, pressure differentials, and contamination controls than a segregated compounding area. The beyond-use dates (BUDs) for Category 2 preparations depend on the storage conditions and sterility assurance: up to 4 days at controlled room temperature (20–25 °C), 10 days refrigerated (2–8 °C), and 45 days frozen (-25 to -10 °C). These limits can be extended (up to 60 days if frozen) if extensive sterility testing and stability data studies support

Affidavit of Dr. Michaela Almgren

Initials ___MA___

**Exhibit Q**

longer storage, reflecting the increased environmental control and reduced risk of
contamination compared with Category 1 compounding.

63. Category 3 preparations, compounded under the most stringent conditions with enhanced
sterility assurance and extended testing, allow for the longest BUDs, in some cases up to
180 days depending on storage conditions. For USP 797 Category 3 sterile compounding,
the environment is highly controlled to ensure maximal sterility and product quality. All
aseptic manipulations occur within an ISO Class 5 primary engineering control (PEC),
such as a laminar airflow workbench, biological safety cabinet, or compounding aseptic
isolator, which is located within an ISO Class 7 buffer room and supported by an ISO
Class 8 ante-room for personnel entry and gowning. The facility maintains strict air
quality, pressure differentials, temperature, and humidity controls, with routine cleaning
and disinfection of all surfaces. Personnel must follow proper garbing, hand hygiene, and
aseptic techniques, including wearing sterile garments that cover all skin and hair, to
prevent contamination. The environment is also regularly monitored through air and
surface sampling to detect microbial contamination. These rigorous environmental
controls are essential for minimizing contamination risk and supporting the longest
beyond-use dates for Category 3 sterile preparations. Preparations stored at controlled
room temperature (20–25 °C) generally have shorter BUDs than those refrigerated or
frozen, while refrigerated storage (2–8 °C) can extend the BUD by slowing microbial
growth and chemical degradation. Frozen storage (-25 to -10 °C) typically allows the
longest BUDs, as extremely low temperatures minimize both microbial proliferation and
chemical instability. The exact BUD assigned depends on the level of environmental
control during compounding, the results of any sterility or stability testing, and the

Affidavit of Dr. Michaela Almgren



Initials

**Exhibit Q**

specific formulation, ensuring that each preparation remains safe and effective throughout its storage period. Because Category 3 compounding involves complex requirements, relatively few pharmacies are equipped or authorized to perform compounding under this category.

64. The beyond-use date (BUD) must be strictly observed in sterile compounding because it defines the time period during which a preparation is expected to remain sterile, chemically stable, and therapeutically effective under specified storage conditions. BUDs must be supported by stability studies to provide scientific evidence that the drug maintains its intended strength, purity, and sterility for the assigned duration. These studies ensure that the compounded product will perform as expected throughout its shelf life, giving end users confidence in both the safety and effectiveness of the medication.

**The Indiana Department of Correction is acquiring injectable pentobarbital, potentially at a premium price for a drug that is typically not expensive.**

65. Wholesale Acquisition Cost (WAC) and Average Wholesale Price (AWP) are two commonly used pricing benchmarks in the pharmaceutical industry that serve different purposes. WAC represents the manufacturer's list price for a drug sold to wholesalers or direct purchasers, before any discounts, rebates, or other price concessions. It provides a baseline for estimating acquisition costs but does not necessarily reflect the actual price paid. AWP, on the other hand, is a benchmark or suggested price that wholesalers use when selling to pharmacies and is often referred to as a "sticker price." It is typically higher than the WAC and is primarily used for reimbursement and insurance billing purposes rather than reflecting actual transaction prices. In essence, WAC reflects the manufacturer's set cost to distributors, while AWP serves as a reference for pricing and

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

reimbursement in the pharmacy supply chain. According to the Red Book, the Wholesale

Acquisition Cost (WAC) per package of manufactured pentobarbital sodium injectable

formulation 50 milliliter vial with 50 milligrams per milliliter strength is $2,257.00

(Hikma) and $2,100.00 (Sagent). The Average Wholesale Price (AWP) per package is

listed as $2,708.40 (Hikma) and $ 2,520.00 (Sagent).

66. According to the article published by Indiana Capitol Chronicle,[1] the state spent $1.175

million on four doses of execution drugs. This means that the state overpaid by a factor

of over 130 times the typical market price. There is no disclosure about how the price was

negotiated and agreed upon.

**Compounded injectable pentobarbital is less stable than manufactured pentobarbital and it
will degrade if not transported and stored correctly.**

67. Compounded drugs are generally less stable than manufactured drugs due to several

factors. Unlike commercially manufactured products, which are produced in large

batches under strict cGMP conditions and undergo extensive stability testing,

compounded drugs are made in small, patient-specific batches without the same level of

rigorous testing. Stability can be further compromised by variations in compounding

techniques, environmental conditions, and the quality of raw materials. Packaging also

plays a critical role; manufactured drugs are typically sealed in tamper-evident, sterile,

and protective containers designed to maintain stability over the shelf life, whereas

compounded drugs are often stored in simpler containers that may not provide the same

protection from light, moisture, or air. These factors combined mean that compounded

drugs are more susceptible to chemical degradation, microbial contamination, and loss of

potency over time.

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

68. Transportation conditions can significantly impact the quality and stability of compounded drugs. Factors such as exposure to extreme temperatures, excessive humidity, and direct light can accelerate chemical degradation, reduce potency, or promote microbial growth. Timing is also critical, as prolonged transit or delays can allow these environmental factors to compromise the product. For example, drugs that require refrigeration may lose efficacy if exposed to heat during transport, while light-sensitive compounds can degrade if not properly protected from sunlight or strong artificial light. Proper packaging, temperature control, and timely delivery are therefore essential to ensure that compounded medications maintain their intended safety, potency, and sterility.

69. Storage conditions play a critical role in maintaining the quality of compounded drugs. Improper temperature, humidity, or light exposure can lead to chemical degradation, reduced potency, or microbial contamination. Therefore, storage conditions must be carefully monitored not only to prevent theft but also to ensure that the medications remain safe, effective, and stable for their intended use.

**If the Indiana Department of Correction is purchasing injectable pentobarbital from a 503A compounder, the compounder is supplying compounded injectable pentobarbital without a valid prescription in violation of federal law.**

70. Under Section 503A of the Federal Food, Drug, and Cosmetic Act, a pharmacy may only compound a drug after receiving a valid prescription for an individual patient, or if a prescription is reasonably anticipated. Compounding a drug without such a prescription is a direct violation of federal law. Pharmacies that fail to adhere to this requirement are not only operating outside the scope of 503A regulations but may also be subject to enforcement actions by state Boards of Pharmacy or other regulatory authorities.

Affidavit of Dr. Michaela Almgren

_MA_ Initials

**Exhibit Q**

**If the Indiana Department of Correction is not purchasing injectable pentobarbital from a compounding pharmacy, it is maybe purchasing manufactured injectable pentobarbital from a source of supply not authorized to sell it.**

71. According to the Red Book the current manufacturers for Nembutal are Hikma Pharmaceuticals and Sagent Pharmaceuticals. According to the listing in the Orange Book, Rising Pharma and BPI Labs also provide injectable pentobarbital.

72. Major manufacturers of pentobarbital, including companies like Hikma, refuse to sell the drug for execution purposes, adamantly opposing the use of their products in capital punishment (https://lethalinjectioninfo.org/industry-statements/). Some of these companies have taken the drastic step of ceasing the production of their drugs to prevent any possibility of their products being utilized in executions. Additionally, certain manufacturers, such as Fresenius Kabi[4], have initiated legal actions to prevent the use of their drugs in execution procedures.

73. Distributors and drug purchasers are generally required to agree to specific stipulations regarding the end use of certain medications, including those intended for lethal injection. These agreements typically prohibit the sale or distribution of such drugs to correctional facilities for execution purposes. This ensures that the drugs are used only for legitimate medical purposes and prevents pharmacies, distributors, or manufacturers from being complicit in executions, which could violate ethical standards, regulatory requirements, or state and federal laws. Therefore, obtaining manufactured pentobarbital for use in

---

[4] https://www.theguardian.com/us-news/2018/aug/08/german-drug-maker-sues-to-halt-planned-execution-in-nebraska

Affidavit of Dr. Michaela Almgren

_____ Initials

**Exhibit Q**

executions would violate these stipulations and could expose suppliers to significant legal and regulatory consequences.

**Based on the affidavits of multiple witnesses to Benjamin Ritchie's execution by lethal injection, concerns have been raised about unusual and unexpected observations reported during the procedure. This raises significant concerns regarding the quality of the drug being used.**

74. Intravenous pentobarbital pharmacokinetics[5] are characterized by rapid onset of action, as the drug is delivered directly into the bloodstream and quickly distributes to highly perfused tissues, including the brain. It is highly lipophilic and approximately 45–55% protein-bound, allowing extensive tissue distribution. Pentobarbital is primarily metabolized in the liver through oxidation and conjugation, and both the parent drug and metabolites are excreted mainly in the urine. The elimination half-life ranges from 15 to 50 hours, depending on the dose and individual factors. These properties result in a fast-acting sedative effect with a duration influenced by tissue distribution and metabolism.

75. Pentobarbital pharmacodynamics describe how the drug affects the body, particularly the central nervous system. When pentobarbital is administered intravenously, it rapidly enters the bloodstream and reaches the brain, where it acts as a central nervous system depressant. It enhances the effects of GABA, a natural inhibitory neurotransmitter, which reduces the activity of nerve cells, producing sedation, sleep, and anesthesia. At higher doses, pentobarbital profoundly depresses brain function, including the brainstem, which can slow or stop breathing and heart activity, leading to unconsciousness and death. The

---

[5] https://www.ncbi.nlm.nih.gov/books/NBK545288/

Affidavit of Dr. Michaela Almgren

_____ Initials

**Exhibit Q**

rapid onset and potent effects of IV pentobarbital make it effective for inducing deep
sedation or medically induced coma.

76. Based on the pharmacodynamics and pharmacokinetics of pentobarbital, administration
of the drug during lethal injection should result in a rapid and peaceful procedure.
However, reports and observed outcomes indicated that this was not the case using the
most recent drug products.

**Based on the affidavits of Steven H. Shutte, Mark Koselke, Hannah Hall, and Amanda
Johnson, all of whom witnessed the execution of Mr. Benjamin Ritchie, it appears that
the procedure did not proceed smoothly, raising concerns about both the quality of the
drug used and potential gaps in the execution protocol.**

77. As per the Indiana Department of Correction Facility Directive ISP 06-26, titled
Execution of Death Sentence, offender witnesses are brought in to view the execution
immediately before the lethal injection infusion begins. All witnesses noted that Mr.
Ritchie initially lay on the gurney without any visible struggles, even giving a signal to
them. However, once the lethal injection began flowing into his body, he experienced an
extreme and unexpected reaction. According to all four independent affidavits, Mr.
Benjamin Ritchie appeared to struggle while restrained on the gurney. Steven H. Shutte
observed him "violently lurching forward and up as if to sit up, but he was restrained."
Hannah Hall described the reaction as very "violent and so unexpected," noting that,
although he was restrained, "his head and shoulders came up." Mark Koselke similarly
remarked, "The movement when Ben lifted did not seem to me to be involuntary. It
looked like panic. He was really pushing hard against the restraints." Overall, the
witnesses' accounts were highly consistent in describing Mr. Ritchie's intense and

Affidavit of Dr. Michaela Almgren

_MA_ ___ Initials

**Exhibit Q**

**Reply in Support of Successive Petition**
**for Post-Conviction Relief, Roy Lee Ward**
USDC N/ND case 3:25-cv-00798-CCB   document 1-6   filed 09/18/25   page 26 of 45

forceful movements, raising concerns about both the drug's effect and potential gaps in the execution protocol.

78. Based on the pharmacodynamics and pharmacokinetics of pentobarbital, when administered in a high intravenous dose, the drug is expected to rapidly distribute throughout the bloodstream and reach the brain, where it enhances the activity of GABA, the primary inhibitory neurotransmitter. This action reduces neuronal activity, producing sedation and ultimately loss of consciousness, without causing pain, shock, or panic. At high doses, pentobarbital's pharmacologic effects include deep central nervous system depression, respiratory suppression, and cardiovascular depression, which together result in unconsciousness and, if continued, cessation of vital functions. Due to its rapid distribution and predictable pharmacologic profile, the drug should act quickly and evenly, producing these effects in a controlled manner, ensuring the person simply falls asleep and remains unconscious without experiencing distress or abnormal reactions. This did not appear to be the case according to the witnesses.

79. The unexpected reaction raises questions about the quality and effectiveness of the pentobarbital used, as it did not produce the expected effect. Concerns include the drug's potency, purity, overall quality, pH and stability, as well as the possibility that it may have precipitated or undergone oxidation over time, potentially reducing its strength and effectiveness.

80. Additionally, there are concerns regarding the execution protocol issued by the Indiana State Prison, which may have contributed to the observed complications.

**Indiana's State Prison Facility Directive ISP 06-26: Execution of Death Sentence protocol contains numerous gaps and deficiencies.**

Affidavit of Dr. Michaela Almgren

_MA_____ Initials

**Exhibit Q**

Reply in Support of Successive Petition
for Post-Conviction Relief, Roy Lee Ward
USDC NNND case 3:25-cv-00798-CCB    document 1-6    filed 09/18/25    page 27 of 45

81. The staff selected for the Execution Team are not licensed to perform medical procedures or to compound and prepare drugs. The IV team appears to be composed of prison personnel trained to start IVs. Although a licensed physician is designated to provide guidance on the preparation and administration of the lethal chemicals, the directive lacks detailed instructions on several critical aspects, including the handling, storage, transfer, and environmental conditions of the lethal injection agents.

82. Becoming proficient at IV insertion typically requires both formal training and hands-on practice under supervision. Most nursing and medical programs include didactic instruction on anatomy, technique, and safety, followed by practical experience on mannequins or simulation arms[6]. Competence generally develops after performing 20 or more supervised successful insertions on real patients, though some individuals may require more practice depending on dexterity and confidence[7]. It is uncertain whether the Execution Team personnel have sufficient experience or have received the necessary training.

83. There is no documented procedure to verify that the drug intended for lethal injection meets appropriate standards of potency, and purity, and no review of the Certificate of Analysis is performed. Personnel handling the drug, and even the physician overseeing the process, may lack the training and experience to visually assess the drug for potential physical changes such as change of color or precipitant formation.

---

[6] Gorski, L. A. (2024). Update: The 2024 Infusion Therapy Standards of Practice. Home Healthcare Now, 42(1), S1–S285. https://doi.org/10.1097/NHH.0000000000001270

[7] https://www.ncbi.nlm.nih.gov/books/NBK594499/

Affidavit of Dr. Michaela Almgren

_____ Initials

Exhibit Q

Reply in Support of Successive Petition
for Post-Conviction Relief, Roy Lee Ward
USDC IN/ND case 3:25-cv-00798-CCB    document 1-6    filed 09/18/25    page 28 of 45

84. Proper storage conditions are critical for all medications, but in particular for compounded drugs, as they can be highly sensitive to environmental factors that affect their stability and potency. This is especially true for pentobarbital, whose chemical composition makes it particularly vulnerable to degradation under improper conditions. Storage environments should be continuously monitored for temperature and humidity to ensure the drug remains uncompromised, with all measurements carefully recorded. However, the current execution procedure makes no mention of such monitoring or documentation, raising significant concerns about the integrity and quality of the drug used in lethal injections.

85. There does not appear to be any requirement for maintaining a chain of custody for the lethal injection chemical. Because the drug's chain of custody is unknown and there does not appear to be any documentation of it, there is a significant risk that the drug could be manipulated, contaminated, or otherwise compromised at any point before use. Without clear documentation of handling and storage, the drug may be exposed to inappropriate conditions that could degrade its potency or alter its chemical composition.

86. Due to the gaps in the execution procedure described above, there are uncertainties that raise serious concerns about quality of the drug used in the execution, increasing the potential for ineffective administration and adverse outcomes, and creating a substantial risk of unnecessary suffering during its use, as exemplified by the case of Mr. Benjamin Ritchie.

**Conclusion**

87. Given the unknown origin of the drug, uncertainty about whether it was manufactured, or compounded in an appropriate environment by qualified personnel, an unclear chain of

Affidavit of Dr. Michaela Almgren

_____ Initials

**Exhibit Q**

custody, and unknown storage conditions, along with the absence of documented drug

quality reports, there are serious questions about the integrity and safety of the substances

used in lethal injections. When these factors are combined with the documented gaps in

the lethal injection protocol—such as lack of procedures to verify potency, purity, and

expiration, limited training of personnel, and no standardized monitoring for

complications—they raise significant concerns regarding both the safety and reliability of

future executions. These deficiencies create a substantial risk of ineffective

administration, adverse reactions, or other complications that could result in unnecessary

pain and suffering, highlighting the urgent need for comprehensive review and reform

before any further executions are carried out.

I affirm, under the penalties for perjury, that the foregoing representations are true.

Executed on this 18th day of August 2025.

*Michaela M. almgren*

Michaela Almgren, Pharm.D, M.S.

Affidavit of Dr. Michaela Almgren

MA _____ Initials

**Exhibit Q**

Reply in Support of Successive Petition
for Post-Conviction Relief, Roy Lee Ward
USDC N/ND case 3:25-cv-00798-CCB   document 1-6   filed 09/18/25   page 30 of 45

# Michaela M. Almgren, PharmD, MS

161 Wilmont Drive
Lexington, SC 29072
almgren@cop.sc.edu
(803) 622-5231

---

## EDUCATION

**Doctor of Pharmacy, 2010** *Magna Cum Laude*
South Carolina College of Pharmacy, University of South Carolina, Columbia, SC

**Master of Science in Pharmacy, 2010** *Magna Cum Laude*
**Pharmaceutical Chemistry (Industrial Pharmacy focus)**
University of Florida, Gainesville, FL

**Bachelor of Science, 1997** *Magna Cum Laude, Graduated with Honors*
**Major: Biology, Chemistry**
Columbia College of South Carolina, Columbia, SC

---

## EMPLOYMENT HISTORY AND EXPERIENCE
**Clinical Associate Professor**
**University of South Carolina, College of Pharmacy, Columbia, SC**
**August 2013 – present**
- Teach lectures in pharmacokinetics, pharmacotherapy, pharmacology and biopharmaceutics.
- Teach lectures in pharmacy law and ethics, and moderate in-class discussions, including ethics debates.
- Deliver ACPE-accredited comprehensive training on sterile compounding in accordance with USP 797, USP 800, and cGMP regulations for pharmacists and pharmacy technicians.
- Provide lectures at the USC School of Medicine on topics including natural medicine, pain management pharmacology, opioid and non-opioid analgesia, and multimodal analgesia.
- Teach women's health lectures in the USC School of Medicine PA program.
- Formerly served as Institutional Lab Course Coordinator, teaching basic and advanced institutional pharmacy practice laboratory courses with a focus on sterile compounding and aseptic technique for second-year pharmacy students, with a typical class size of 110 students.
- Developed, designed, and implemented course content for basic sterile compounding training, focusing on USP Chapters 797 and 800, and introduced students to current institutional pharmacy practices.

---

*Curriculum Vitae for Michaela M. Almgren, PharmD, MS*                    *Page 1*

**Exhibit Q**

- Developed and implemented a 6-hour module to train students on regulations in 503A versus 503B compounding environments, emphasizing critical differences in cGMP (per 21 CFR 210 and 211) versus USP standards.
- Established practical assessment criteria to evaluate students' competency in performing basic sterile compounding procedures in accordance with USP 797 and 800 guidelines, demonstrating preparedness for IPPEs and APPEs.
- Revised course content and objectives for laboratory sessions to align with ASHP-ACPE Task Force guidelines for entry-level competencies required in hospital and health-system pharmacy practice.
- Enhanced and updated the content of the advanced sterile compounding course (PHMY 791), including TPN compounding, neonatal TPN formulation and compounding, chemotherapy and hazardous drug compounding, and IV access line introduction and maintenance.
- Introduced hazardous drug handling guidelines and USP Chapter 800, with emphasis on training students in the use of all closed system transfer devices available in the U.S.
- Provided competency testing and certification for students to participate in institutional pharmacy practice site sterile compounding activities, including media fill testing and fingertip testing.
- Served as a consulting pharmacist, performing duties as a permit holder (SCBOP Non-dispensing Pharmacy Permit #4956) and taking full responsibility for facility maintenance, inventory control, and daily operations.
- Mentor students in research by offering a variety of independent study projects.
- Serve as a clinical seminar evaluator and advisor for students.
- Developed and implemented an ACPE-accredited course titled *Basic Aseptic Technique* for the Kennedy Pharmacy Innovation Center, offering 23.5 hours of continuing education credit for pharmacists and pharmacy technicians. The course includes a two-day live hands-on session and a home study component.

**Outsourcing Pharmacist and Clinical Specialist**
**Preceptor for University of South Carolina College of Pharmacy APPE Program**
**Nephron Pharmaceuticals Company, West Columbia SC**
**September 2018 - present**
- Conduct complex product investigations to ensure quality and compliance.
- Prepare and submit FDA responses and maintain ongoing correspondence with regulatory bodies following FDA audits.
- Perform pharmacovigilance investigations, including adverse event analysis and reporting, in compliance with regulatory requirements.
- Conduct research and prepare product medical risks and hazards assessments as requested by the FDA.
- Conduct regulatory oversight tasks by reviewing package inserts and labeling to ensure compliance with FDA and USP requirements.
- Lead various innovative, research-oriented projects (Yaskawa, Staubli, SteraMist) for manufacturing and outsourcing facilities.
- Oversee formulation and filling operations for a 503B outsourcing pharmacy.
- Perform product development, including scale-ups, for outsourcing pharmacy

**Exhibit Q**

products.
- Troubleshoot quality events to develop safe solutions and establish clinical limits for quality excursions.
- Develop new standard operating procedures and provide staff training as needed.
- Research new products and develop support materials for marketing purposes.
- Respond to clinical questions from customers seeking product guidance.
- Established and maintain an award-winning APPE site for 4th-year pharmacy students, consistently precepting record numbers of students each year.
- Assist with FDA quality inquiry investigations and management.
- Provide information to support product development and production planning.
- Offer essential guidance on labeling for new products.
- Support the DocMatter clinician Q&A website.
- Train the sales force through live lectures, seminars, and pre-recorded presentations.

**Hospital Staff Pharmacist**
**Palmetto Health Richland Hospital Pharmacy, Columbia SC**
**August 2013 – September 2018**
- Performed duties of staff pharmacist—review orders, medication utilization review, order entry.
- Preparation and checking of sterile and non-sterile medication compounds.
- Medication history pharmacist—collect medication history via patient interviews, perform medication reconciliation, clinical consultations, patient education, medication use evaluation, and medication history consults.
- Maintained USC College of Pharmacy practice site.

**Assistant Professor of Clinical and Pharmaceutical Sciences**
**South University School of Pharmacy, Columbia, SC**
**May 2010 -- August 2013**
- Taught lectures in large number of courses in pharmaceutical sciences as well as pharmacy practice in distance education setting, managing two classrooms and collaborating with faculty members located in Savannah, GA. Typical class size was 80 students in the Columbia campus classroom, with 90 additional students at the distant site in Savannah.
- Completely redesigned Pharmaceutical Calculations course structure to flipped classroom model in order to increase effectiveness of teaching, significantly reducing the number of students needing remediation and improving overall test scores in the capstone course.
- Applied several active learning teaching techniques and team-based learning to traditionally taught courses to enhance student learning.
- Developed laboratory exercises to increase student understanding by applying learned material to practice using hands-on experiments.
- Developed and delivered elective course on animal envenomation pharmacology, medicinal chemistry and drug management.

**Exhibit Q**

- Taught majority of hospital-related lab coursework including TPN compounding, IV and chemotherapy preparation, and USP<797> training.
- Provided competency testing and certification for students to be able to participate in institutional pharmacy practice site sterile compounding activities (media fill testing, fingertip testing).
- Evaluated student performance of Objectively Structured Clinical Examination (OSCEs).
- Provided APhA certified immunization training for pharmacy students.
- Initiated student chapter of Student Society of Health Systems Pharmacists and guided students to the ASHP national recognition of the chapter.
- Served as faculty advisor for Rho Chi chapter.
- Academic advisor to 30 students per year.
- Faculty advisor to Student Society of Health Systems Pharmacists chapter.
- Research interests: use of complementary medicine in treatment of chronic disease states, smoking cessation and electronic cigarette utilization, new and engaging teaching methods in pharmacy education.
- Precepted Advanced Pharmacy Practice Experience students in elective academia setting.

**Adjunct Faculty, University of Florida Graduate Distance Programs**
**University of Florida, School of Pharmacy**
**January 2011-- May 2014**
- Supported distance education learning for UF Masters and Doctorate degree programs.
- Met with students on-line in small group setting as well as large discussion groups.
- Led chat sessions, communicate via email.
- Graded assignments, tests and presentations.

**Consulting/Dispensing Pharmacist PRN**
**United Healthcare, Lexington, SC**
**August 2010 - August 2012**
- Performed patient medical chart reviews, clinical monitoring, and managed appropriate drug therapy in accordance with federal and state regulations.
- Evaluated physician medication orders regarding dosage, appropriateness of drug, potential interactions, stability and route of administration.
- Analyzed, retrospectively and prospectively, drug utilization for the institutional drug formulary maintenance.
- Reviewed and checked technician prepared orders for delivery and dispensing.
- Consulted with advanced practitioners, healthcare professionals and managers of pharmaceutical services to develop and implement best working practices.

**Hospital Pharmacy Student Intern**
**Lexington Medical Center, West Columbia, SC**
**June 2008 - May 2010**

**Exhibit Q**

**Reply in Support of Successive Petition**
**for Post-Conviction Relief, Roy Lee Ward**
USDC NND case 3:25-cv-00798-CCB    document 1-6    filed 09/18/25    page 34 of 45

- Prepared IV compounded medications, interpreted and prepared orders per medications orders in CPOE.
- Ensured proper control and dispensing of narcotics.
- Interacted with clinical pharmacists, physicians, and nurses regarding drug therapy.
- Compounded a wide variety of specialty preparations including chemotherapy and TPN.

**Retail Pharmacy Student Intern**
**Rite Aid Pharmacy, Columbia, SC**
**September 2006 – May 2010**

- Accurately interpreted, processed, and filled prescriptions.
- Effectively communicated with physicians' offices and insurance companies regarding patients' pharmacy needs.
- Counseled and answered patients' questions concerning their prescriptions, OTC medications, nutritional supplements, and herbal products.
- Assisted with appropriate recordkeeping to assure compliance with federal and state laws.
- Maintained pharmacy inventory and supplies.
- Provided excellent customer support and follow-up.

**Senior Pharmaceutical Formulation Scientist**
**Pfizer Inc., December 2004 – August 2006**

- Worked with formulation team in determining of yields (actual and theoretical), performed batch production record verification, ingredient review, and conditional quality releases, all per company's SOPs (standard operating procedures) and following guidance of cGMPs.
- Performed OOS (Out-Of-Specifications) investigations and reported process deviations on products not meeting all quality criteria set by QC department (for example, content uniformity, particle size and other quality issues.)
- Collaborated with drug formulation research team in development of new products and their test methods, with focus on natural products, supplements, and vitamins.
- Assisted with development of new medication delivery system of liquid drug products (Licaps), assisting with taking the products through ANDA process.
- Developed and validated methods for analytical testing of raw materials and finished products for QC department to test for identity, purity and strength to meet quality standards set by FDA and USP.
- Assisted with improvements in stability studies, including utilizing USP 71 guidance in new products.
- Supported all activities involving new product transfers, compliance, testing and various manufacturing process validations.
- Authored, updated and edited SOPs for training of new employees, changes in process control as well as laboratory manuals, then trained personnel to assure proper understanding of the methodology and troubleshooting.

**Exhibit Q**

- Comfortable with regulatory environment as set by cGMPs per 21CFR 210 and 211, USP, BP, EP, ISO, ICH and FDA regulations.
- Assisted with management of five laboratory technician team.
- Certified emergency responder.

---

## OTHER PROFESSIONAL ACTIVITIES

**Member of the South Carolina Pharmacy Practice Act (SC PPA) Revision taskforce**
- Chair of the Sterile Compounding Section Revision Committee, leading a group of pharmacy experts and professionals to update the sterile compounding section of the SC Pharmacy Practice Act.
- Member of the team aligning the SC PPA with the National Association of Boards of Pharmacy (NABP) Model Pharmacy Act.
- Member of the task force focused on expanding pharmacy practice.

**Sterile Compounding Committee Volunteer Expert**
**SC Board of Pharmacy, Columbia SC**
**August 2019-present**
- Member of the committee responsible for leading the update of the South Carolina Pharmacy Act to revise pharmacy practice laws related to sterile compounding.
- Serving on a special committee to update the South Carolina Pharmacy Practice Act to provide guidance on sterile compounding and facility requirements compounding under section 503B.
- Provide expertise on sterile compounding practices to the Board of Pharmacy members to help with updating of the assessment forms for inspections of pharmacy facilities.
- Consult members of state legislature on options in regulatory areas of pharmacy practice, specifically in the area of compounding.

**Expert Witness**
- Area of expertise includes sterile compounding, compounding, general pharmacy practice, pharmacokinetics, USP 797, drug preparation.
- Expert in 503B and 503A regulations.
- Possess a strong understanding of pharmaceutical quality implications, regulations, and product quality attributes.
- Provide medicolegal consulting for state and federal court cases.
- Analyze evidence provided and consult the legal team with options for further actions.
- Prepare expert reports, testimony statements, depositions, testify in court.

**Lexington School District 1 Health Sciences Advisory Committee Member**
- Provide guidance and recommendations on development of health and science related courses in the district's curriculum for high school students.

*Curriculum Vitae for Michaela M. Almgren, PharmD, MS*          *Page 6*

**Exhibit Q**

Reply in Support of Successive Petition
for Post-Conviction Relief, Roy Lee Ward
USDC N/ND case 3.25-cv-00798-CCB   document 1-6   filed 09/18/25   page 36 of 45

**Lexington School District 2 Health Sciences Advisory Committee Member**
- Provide guidance and recommendations on how to initiate and develop health and science related courses in the district's curriculum for high school students.

---

## FACULTY APPOINTMENTS AND TEACHING EXPERIENCE

**DIDACTIC TEACHING EXPERIENCE**
**Clinical Assistant Professor in Department of Clinical Pharmacy and Outcomes Sciences, University of South Carolina, Columbia SC**
**August 2013 to present**
- PHMY 885: Pharmacy Law and Ethics (3 credit hours, principal lecturer and course coordinator)
- PHMY 790: Pharmacy Skills Laboratory III: Introduction to Health-Systems Pharmacy I (1 credit laboratory course, course coordinator)
- PHMY 791: Pharmacy Skills Laboratory IV: Advanced Health System Pharmacy Practice (1 credit laboratory course, course coordinator)
- PHAR 401: Introduction to Pharmacy as a Profession
- PHMY 710: Biopharmaceutics, Pharmaceutics and Pharmacokinetics (3 credit hours)
- PHMY 999: Clinical Seminar
- PHMY 757: Independent Study

**KPIC Master instructor, University of South Carolina, Columbia SC**
**August 2014 to March 2015**
- Basic Aseptic Technique course, 23.5 hours of CE, Master instructor
- Advanced Aseptic Technique course 16 live hours of CE, Master instructor

**Assistant Professor of Pharmacy**
**South University School of Pharmacy, Columbia SC,**
**May 2010 to August 2013**
- PHA 4367 Integrated Sequence IV Autonomic Nervous System (Pharmacology and Pharmacotherapy lectures), 8 credit hours
- PHA 3159 Introduction to Integrated Sequence: Basic Pharmacology Modules, Medicinal Chemistry, 6 credit hours
- PHA 3107 Pharmaceutical Calculations (use of pre-recorded lectures and in-class hands-on exercises), 3 credit hours (course coordinator)
- PHA 3113 Pathophysiology I (topics include geriatrics, inflammation, cancer, HIV, immune response), 4 credit hours (course coordinator)
- PHA 3114 Pathophysiology II (topics include autonomic nervous system, wound healing, gout, RA), 4 credit hours
- PHA 3109 Microbiology and Immunology (lectures in immunology, virology), 5 credit hours

**Exhibit Q**

- PHA 5335 Animal Venoms and Poisons (developed and implemented this elective), 3 credit hours (course coordinator)
- PHA 5332 Applied Pharmaceutical Care II (topics including, OA, RA, BPH, ED), 4 credit hours
- PHA 4265 Integrated Sequence III Inflammation (Pharmacology and Pharmacotherapy of osteoarthritis, rheumatoid arthritis, gout, would healing, lupus), 6 credit hours
- PHA 3162 Integrated Sequence I: Introductory Pharmacology and Medicinal Chemistry, 5 credit hours
- PHA 4212 Pharmacokinetics I (Implemented team-based learning), 4 credit hours
- PHA 4228 Pharmacokinetics II (Implemented team-based learning), 4 credit hours
- PHA 3135 Integrated Pharmacy Skills Lab I, 3 credit hours
- PHA 3136 Integrated Pharmacy Skills Lab II, 3 credit hours
- PHA 3137 Integrated Pharmacy Skills Lab III, 3 credit hours
- PHA 4238 Integrated Pharmacy Skills Lab IV, 3 credit hours
- Longitudinal Pharmacy Practice Experiences I – V: PHA 3135, 3163, 4266, 4369, 5330, 1 credit hour, course coordinator

**Adjunct Faculty, UFL Graduate Distance Programs**
**University of Florida, School of Pharmacy, January 2012—April 2016**
- Medicinal Chemistry I
- Fundamentals of Medicinal Chemistry, course coordinator
- Herbal and Dietary Supplements

**EXPERIENTIALTEACHING EXPERIENCE**
**Advanced Pharmacy Practice Experience (APPE) Elective INDUSTRY—University of South Carolina College of Pharmacy,** Preceptor for PharmD students**.**

**Advanced Pharmacy Practice Experience (APPE) Academic Rotation—South Carolina College of Pharmacy,** Preceptor for PharmD students.

**Advanced Pharmacy Practice Experience (APPE) Academic Rotation—South University School of Pharmacy,** Preceptor for PharmD students.

## COLLEGE OF PHARMACY COMITTEES
- South University SOP Curriculum Committee, member, chair 2013
- South University SOP Curriculum Subcommittee for Pharmaceutical Calculations course advisory member, 2010-2012
- South University SOP Committee for Professional Outreach, member 2011-2013

**Exhibit Q**

- South University SOP Technology Committee, member 2010-2013
- South University SOP ACPE Self-Study and Assessment Committee, member 2012-2013
- South University SOP Admissions Committee, member 2012-2013
- University of South Carolina COP Continuing Education Committee, member 2013-2016
- University of South Carolina COP Search Committee for Lab assistant, chair, 2014-2016
- University of South Carolina COP Curriculum Committee, member 2017-2019
- University of South Carolina COP Admissions Committee, member 2019-present

## AWARDS
2018: SC College of Pharmacy CPOS Department Service Award
2020: SC College of Pharmacy CPOS Department Service Award
2022: University of South Carolina Clinical Teaching Award
2023: USC College of Pharmacy Innovation and Entrepreneurship Award

## INVITED LECTURES AND PRESENTATIONS
M. Almgren. What will your path be? CAPPS USC student chapter speaker, April 11th, 2023.

Almgren M. Mitigation Strategies of COVID-19 in the Workplace. Palmetto Business Forum. Presented Webinar September 13, 2021.

Almgren M. CDB: Exploring Regulations, Trends and a Potential role in Opioid Epidemic. Annual Continuing Education Conference. Presented live April 21st, 2021.

Emelia Beam PharmD, Michaela Almgren, PharmD, MS. Update on COVID19 Vaccines. Nephron Pharmaceuticals, May 3, 2021.

Almgren, M., COVID-19 Prevention Myth vs. Fact: Assessment of Complementary Therapies as Preventative Measures for Safety and Efficacy. SCSHP Fall 2020 Meeting, Columbia, SC, October 2020.

2020 Immunization Update. 1.0 ACPE accredited CE presentation at Nephron Pharmaceuticals, October 2020.

COVID 19 Prevention: Myth versus Fact. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia, SC June 8th, 2020.

Update on COVID19 Vaccines. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia SC, May 3rd, 2021.

**Exhibit Q**

M. Almgren. My Path to Pharmacy. CAPPS USC student chapter speaker, February 4th, 2021.

USP Updates in Sterile Compounding. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia, SC, April 13th and 15th, 2020.

Multimodal Analgesia Basics. 1.0 credit hour ACPE accredited presentation at Nephron Pharmaceuticals Inc., West Columbia SC, April 1st and April 3rd, 2020.

COVID19—Separating Facts from Fiction. SC Palmetto Business Forum Quarterly Meeting in Columbia SC, March 9th, 2020.

New Approaches to Pain Management: Multimodal Opioid Free Analgesia. 1.0 credit hour ACPE accredited presentation at UofSC COP CE Conference, February 1st, 2020.

Medication Safety of Hazardous Drugs: Can We All Be Safe? 1.0 credit hour ACPE accredited CE presentation at SCSHP Fall Meeting in Columbia SC, October 17th 2018.

Review of Sterile Compounding per USP 797. 1.0 credit hour ACPE accredited CE presentation at SCSHP Fall Meeting in Columbia SC, October 17th 2018.

M. Almgren. Current Status and Future Trends in Sterile Compounding as Defined by USP Chapters 797 and 800. 1.0 ACPE Live CE accreditation awarded. SCSHP Annual Meeting March 11-13, 2018, Hilton Head Island, SC.

M. Almgren. Who wants to be a pharmacist? CAPPS USC student chapter speaker, April 11th, 2018.

M. Almgren. Importance of unification of performance protocols for CSTD testing per NIOSH. November 7, 2016, Cincinnati, OH.  NIOSH Public Comment meeting, invited speaker.

M. Almgren. Important role of CSTD utilization in compounding of hazardous materials to enhance protection of the compounder. 2016 ASHP Midyear, Las Vegas. Hazardous Drug Task Force speaker for USP 800 implementation.

M. Almgren. Sterile Compounding and Implementation of USP Chapter 797: Where we came from, where we are and where we might be headed. 1.0 ACPE Live CE accreditation awarded.  SCSHP Annual Meeting, March 2015, Hilton Head Island, SC.

M. Almgren. Pharmacy school pathways.  CAPPS USC student chapter speaker, April 2015.

## PEER-REVIEWED PUBLICATIONS

**Almgren M., PharmD, MS;** Baker J., PharmD; Sease J., PharmD, FCCP, BCPS, CDCES, BCACP. Strategic Partnership with a Pharmaceutical Manufacturer to Develop Innovative Non-Traditional Training Throughout the PharmD Curriculum. June 2022 Annual AACP meeting. American Journal of Pharmaceutical Education: Volume 86, Issue 5, Article 9171. https://doi.org/10.5688/ajpe9171.

**Almgren M**., Cooper C., Maxwell W., Baker J. Instruction on compounded sterile preparations at U.S. schools of pharmacy—a ten year follow up study. American Journal of Health-System Pharmacy, Volume 75, Issue 12, 15 June 2018 Pages 845-847, https://doi.org/10.2146/ajhp170641

**Textbook chapter**: Khazan M., Phillips C., **Almgren M**. "Pharmaceutical Calculations" In: Sutton S. Scott. McGraw Hill's NAPLEX Review Guide. 3rd Edition, McGraw Hill 2018

**Textbook chapter: Almgren M**. "Sterile Compounding Regulations" In: Sutton S. Scott. *McGraw Hill's NAPLEX Review Guide*. 3rd Edition.

**Almgren M.** "USP Chapter 800—Hazardous Drug Handling in Healthcare Settings" In: Sutton S. Scott. McGraw Hill's NAPLEX Review Guide.4th Edition. 2020.

Karyn I. Cotta, Samit Shah, PhD, RPh, MBA, **Michaela M. Almgren**, PharmD, MS, Lilia Z. Macías-Moriarity, PhD, MPH, Vicky Mody. Effectiveness of flipped classroom instructional model in teaching pharmaceutical calculations. *Currents in Pharmacy Teaching and Learning*. 2016. Volume 8, Issue 5, Pages 646–653. https://doi.org/10.1016/j.cptl.2016.06.011

Braga S, **Almgren M**. Complementary Therapies in Cystic Fibrosis:  nutritional supplements and herbal products.  *Journal of Pharmacy Practice*. 2013 Feb;26(1):14-7.

Wynn W, **Almgren M**, Stroman R, Clark K.  Pharmacist's Toolbox for Smoking Cessation.  *Journal of Pharmacy Practice.* 2012 Dec;25(6):591-9.

## POSTERS WITH ABSTRACTS

Jennifer McCrary; Payton R. Jackson; Julia Geith;  **Michaela Almgren PharmD, MS**. Remediation Strategies for Most Frequent Food and Drug Administration (FDA) Form 483 Observations in 503B Outsourcing Facilities. ASHP Midyear, New Orleans December 2024.

Pranay Singla; Olivia Lefever; Noah Raganschmalz; Payton Jackson; **Michaela Almgren, PharmD, MS**. Impact of State-Specific Regulatory Stringency on FDA

Regulatory Compliance of 503B Outsourcing Facilities. ASHP Midyear, New Orleans December 2024.

Noah Raganschmalz;  Olivia Lefever; Pranay Singla; **Michaela Almgren, PharmD, MS**. Regulatory Evaluation of the State-by-State Landscape for 503B Licensing Requirements and Their Impact on Manufacturers. ASHP Midyear, New Orleans December 2024.

Payton R. Jackson; Jennifer McCrary; Julia Geith**;  Michaela Almgren PharmD, MS**. Addressing Common Non-Compliance Issues Among 503B Outsourcing Facilities: A Systematic Review and Analysis of Food and Drug Administration (FDA) Published Form 483 Citations. ASHP Midyear, New Orleans December 2024.

Jessica Chen, PharmD Candidate; Julia Geith, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Evaluating Risk Factors: Unveiling Clinical Risks in Potentially Contaminated Compounded Medications December 2023 ASHP Midyear Clinical Meeting, Anaheim, CA.

Julia Geith, PharmD Candidate; Joyce Ji, PharmD Candidate; Regan Dennis, PharmD Candidate; Nikki Chen, PharmD Candidate; Moji Awe, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Assessment of Prevalence of the United States Pharmacopeia Chapter 797 Guidance in the State Oversight of Patient-Specific Sterile Drug Compounding Across the United States. December 2022 ASHP Midyear Clinical Meeting, Las Vegas NV.

Jessica Chen, PharmD Candidate; Ryan Gourdine, PharmD Candidate; Julia Geith, PharmD Candidate; Amber Burroughs, PharmD Candidate; Bria Diorio, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Assessment of Advantages of Ropivacaine Wound Infiltration Used for Analgesia in Orthopedic Surgeries Compared to Standard of Care Pain Management. December 2022 ASHP Midyear Clinical Meeting, Las Vegas NV.

Dalan J. Solomon, PharmD. Candidate; Jordan Franklin, PharmD. Candidate; Alex Corley, PharmD. Candidate; **Michaela Almgren, PharmD, MS**. Utilization of Ultraviolet (UV) C Light as a Supplement to Standard Cleanroom Sterilization Procedures in Effort to Decrease Microbial Burden. December 2022 ASHP Midyear Clinical Meeting, Las Vegas NV.

Rachel Lehn, BS, PharmD Candidate; Kayla Hutto, BS, PharmD Candidate; Nikki Chen, PharmD Candidate; Lauren Caines, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Comparison of Impact of Facial Coverings Mandate as Mitigation Strategy on Positivity Rates of COVID-19 in a Workplace versus Community Rates Prior to Vaccine Availability. December 2021 ASHP Midyear Virtual Clinical Meeting.

Kara Taylor, PharmD Candidate; Lauren Caines, PharmD Candidate; Cole Colemander, PharmD Candidate; Zach Altenberg, PharmD Candidate; **Michela Almgren, PharmD,**

**MS**. Safety Evaluation of a New Container Closure System Design of a Blow Fill Seal Type of IV Bottles. December 2021 ASHP Midyear Virtual Clinical Meeting.

Lauren Caines, PharmD Candidate; Kara Taylor, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Impact of Implementation of Mandatory Facial Coverings as Mitigation Strategy on Rates of Positive Cases of COVID19 in a Workplace Prior to Vaccine Availability. December 2021 ASHP Midyear Virtual Clinical Meeting.

Petscavage Katie, PharmD Candidate; **Almgren Michaela, PharmD, MS**.  Assessment of complementary therapies as preventive measures for COVID-19 for safety and efficacy. December 2020 ASHP Midyear Virtual Clinical Meeting. Poster #SP-243.

Aya Ahmed PharmD Candidate; **Michaela Almgren PharmD, MS**; Ryan McCormick PharmD Candidate; Carolyn McNamara PharmD Candidate; Robert Singleton PhD. Establishing a Coronavirus (COVID-19) Testing Lab in 40 Days. December 2020 ASHP Midyear Virtual Clinical Meeting.

Ryan McCormick PharmD Candidate; **Michaela Almgren, PharmD, MS**; Sarah Arnold PharmD Candidate, Madeline Dean PharmD Candidate, Marianna Vinson, PharmD Candidate. Process improvements and validation of a syringe-filling robot though collaboration between pharmacy and engineering student teams. December 2020 ASHP Midyear Virtual Clinical Meeting.

Alexis Caronis, PharmD Candidate 2021; **Michaela Almgren, PharmD, MS**; Samantha Lindeman, PharmD Candidate 2021; Kristen Kilby, PharmD Candidate 2021. Evaluation of medication safety effectiveness training in a workplace environment. 2020 APHA Annual Meeting, Baltimore MD, March 2020.

Caroline Hansen PharmD Candidate; **Michaela Almgren PharmD, MS**; Kristen Kilby PharmD Candidate; Alexis Caronis PharmD Candidate; Ryan McCormick PharmD Candidate; Benjamin Tabor PharmD Candidate. College of Pharmacy and School of Engineering Student Teams' collaboration to design pharmacy compounding system using robotic arm to perform aseptic syringe filling. 2020 SCSHP Annual Meeting, Charleston SC, March 2020.

Alexis Caronis, PharmD Candidate 2021; **Michaela Almgren, PharmD, MS**; Kristen Kilby, PharmD Candidate 2021; Caroline Hansen, PharmD Candidate 2021; Benjamin Tabor, PharmD Candidate 2021; Ryan McCormick, PharmD Candidate 2022. Development of the Masterflex L/S peristaltic pump process validation in a 503B outsourcing pharmacy. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-445.

Ashton Holley, PharmD Candidate**; Michaela Almgren, PharmD, M.S**.; Normando Sandoval, PharmD Candidate; Priya Patel, PharmD Candidate; Xiaoxia Wang, PharmD Candidate; Lauren  Moran, PharmD Candidate. Evaluation of cleaning effectiveness of

**Exhibit Q**

Reply in Support of Successive Petition
for Post-Conviction Relief, Roy Lee Ward
USDC N/ND case 3:25-cv-00798-CCB    document 1-6    filed 09/18/25    page 43 of 45

7.8% ionized hydrogen peroxide mist versus 7.8% hydrogen peroxide mist in a cleanroom environment. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-449.

Caroline Hansen PharmD Candidate; **Michaela Almgren PharmD, MS**; Kristen Kilby PharmD Candidate; Alexis Caronis PharmD Candidate; Ryan McCormick PharmD Candidate; Benjamin Tabor PharmD Candidate. College of Pharmacy and School of Engineering Student Teams' collaboration to design pharmacy compounding system using robotic arm to perform aseptic syringe filling. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-432.

Kristen Kilby PharmD Candidate**; Michaela Almgren PharmD, MS**; Alexis Caronis PharmD Candidate; Caroline Hansen PharmD Candidate; Ryan McCormick PharmD Candidate, Benjamin Tabor PharmD Candidate, Noah Smith MBA, PharmD Candidate**.** Performance comparison of the Baxter repeater pump and the Masterflex peristaltic pump using high flow tubing set L/S 24. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-446.

Samantha Lindeman, PharmD Candidate 2021; **Michaela Almgren, PharmD, MS**; Alexis Caronis, PharmD Candidate 2021; Kristen Kilby, PharmD Candidate 2021; Noah Smith, Pharm D Candidate 2020; Caroline Hansen, PharmD Candidate 2021; Ashton Holley, PharmD Candidate 2021; Priya Patel, PharmD Candidate 2021. Evaluation of naloxone safety effectiveness training in a workplace environment. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-440.

Tristan Gore, PharmD Candidate 2022. Noah Smith, PharmD Candidate 2020. Dana Nelson, PharmD Candidate 2020. **Michaela Almgren, PharmD, MS**. Incidence and clinical impact of particulate matter in injectable drug products. 2019 ASHP Midyear Clinical Meeting, Las Vegas, December 2019. Poster #3-422.

**Almgren M**, Maxwell W, Grant A, Hembree H, Shah A. Disability and Accommodations in Pharmacy Practice and Education. 2019 AACP Annual Meeting, Chicago 2019. Abstract #53.

Cooper C., **Almgren M.**, Maxwell W., Baker J. Instruction on compounded sterile preparations at US pharmacy schools. 2018 SCSHP Annual Meeting poster session, Hilton Head Island, SC.

Cooper C., **Almgren M**. Maxwell W., Baker J. Instruction on compounded sterile preparations at US pharmacy schools. Poster presentation at 2017 ASHP Midyear in Orlando, FL, poster # 368.

Parth Parikh, PharmD. Candidate; Paul Philavong, PharmD Candidate, Sam McCallum, PharmD Candidate, Nhung Nguyen, PharmD Candidate; **Michaela Almgren, PharmD, MS**. Assessing Microbial Growth Rates of Sterile Versus Non-Sterile Gloves Used

**Exhibit Q**

Reply in Support of Successive Petition
for Post-Conviction Relief, Roy Lee Ward
USDC N/ND case 3.25-cv-00798-CCB   document 1-6    filed 09/18/25    page 44 of 45

During Sterile Compounding. 2017 SCSHP Annual Meeting Hilton Head, SC, poster session.

Cotta K**, Almgren M**. "Effectiveness of Blended Teaching Method for Pharmaceutical Calculations." Poster presentation at 2012 AACP Annual meeting in Kissimmee FL.

**Almgren M**., Clark K. "Laboratory Exercise to Enhance Integration and Application of Basic Sciences to Pharmacy Practice in Students." Poster presentation at 2012 AACP Annual meeting in Kissimmee FL**.**

## Peer Review/Editorial Boards/Editorships for Journals
Reviewer for AJPE
Reviewed: Prerequisite Courses: Barriers to Pharmacy Admission or the Keys to Student Success?

Reviewer for Currents in Pharmacy Teaching and Learning.
Reviewed: Book review of the Handbook on Injectable Drugs

Reviewer for AJHP
Reviewed: Commentary: Impact of revised USP 797 guidance and how we might mitigate risk: A real-world example

Reviewer for AJHP
Reviewed: Third Consensus Development Conference on the Safety of Intravenous Drug Delivery Systems – 2018

Peer Reviewer for The Joint Commission Journal on Quality and Patient Safety
Reviewer and member of editorial board of Alternative Medicine Studies Journal
Reviewer for Journal of Dietary Supplements
Reviewer for Natural Standard Research Collaboration
Reviewer for Currents in Pharmacy Teaching and Learning
Reviewer for AACP Annual Meeting Research/Education Abstracts for Poster Session

## PROFESSIONAL AFFILIATIONS
American Pharmacist Association (APhA), 2006-2018

American Society of Consultant Pharmacists (ASCP), 2008-2013

American Society of Health-System Pharmacists (ASHP), 2008-present
   • Pain management SIG 2011-2013

*Curriculum Vitae for Michaela M. Almgren, PharmD, MS*                    *Page 15*

**Exhibit Q**

SC Pharmacist Association (SCPhA), member 2006-2018
- Professional Affairs committee 2010-2011, 2017-2018
- Legislative Affairs Committee 2011-2012

SC Society of Health Systems Pharmacists member (SCSHP) 2008-present
- Education Committee 2014-2016
- Professional Affairs Committee 2015-2016
- Legislative Committee 2017-2018

American Association of College of Pharmacy (AACP), member 2010-present
- AACP Pharmacy Practice Strategic Plan, Bylaws, and Resolutions Committee member 2018-2020
- Member of the Scholarship Committee of the Curriculum SIG for AACP 2018-2020
- AACP Audit Committee member 2018-present
- House of Delegates representative for USC College of Pharmacy 2017-2018
- AACP Pharmacy Practice Strategic Plan, Bylaws, and Resolutions Committee member 2018-2019
- Lyman Award Committee Member 2012-2013

Parenteral Drug Association Member (PDA) 2019-2022